AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

—— DISTRICT OF MASSACHUSETTS ——

SCANNED DATE: 07/19/04

UNITED STATES OF AMERICA

v.

DWAYNE BRANCO

# WARRANT FOR ARREST

CASE NUMBER: O4-1793-CBS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest ———— DWAYNE BRANCO
Name

and bring him ~~or her~~ forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   [X] Complaint   ☐ Order of court   ☐ Violation Notice   ☐ Probation Violation Petition

charging him ~~or her~~ with (brief description of offense)

felon in possession of a firearm

in violation of
Title _____ 18 _____ United States Code, Section(s) _____ 922(g)(1) _____

CHARLES B. SWARTWOOD, III                    UNITED STATES MAGISTRATE JUDGE
Name of Issuing Officer                           Title of Issuing Officer

_____            6-22-04 @ BOSTON, MASSACHUSETTS
Signature of Issuing Officer                       Date and Location

Bail fixed at $ _____ by _____
                                              Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| | WARRANT EXECUTED BY A T F NOT INCLUDING INITIAL ARRAIGNMENT OF THE DEFENDANT ON 06/24/2004 | |
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.